**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    _11_

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | *Prince Land Inc.* |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | *47-2220473* |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *2654 SE Willoughby Blvd* <br> *Stuart, FL 34994* <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| *Martin* <br> County | Location of principal assets, if different from principal place of business |
| | _____ <br> Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Prince Land Inc.**                                          Case number (*if known*) _____
_____
Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_2371_

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Prince Land Inc.**                                    Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    *Prince Land Inc.*                                                        Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *August  1, 2025*
               MM / DD / YYYY

**X** */s/ Bruce Prince*                                    *Bruce Prince*
Signature of authorized representative of debtor            Printed name

Title    *President*

---

**18. Signature of attorney**

**X** */s/ Craig I. Kelley*                    Date    *August  1, 2025*
Signature of attorney for debtor                      MM / DD / YYYY

*Craig I. Kelley 782203*
Printed name

*Kelley Kaplan & Eller, PLLC*
Firm name

*1665 Palm Beach Lakes Blvd*
*The Forum - Suite 1000*
*West Palm Beach, FL 33401*
Number, Street, City, State & ZIP Code

Contact phone    *561-491-1200*        Email address    *craig@kelleylawoffice.com*

*782203 FL*
Bar number and State

**Fill in this information to identify the case:**

Debtor name **_Prince Land Inc._**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **_August  1, 2025_**    X **_/s/ Bruce Prince_**
                                        Signature of individual signing on behalf of debtor

                                        **_Bruce Prince_**
                                        Printed name

                                        **_President_**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | *Prince Land Inc.* |
| United States Bankruptcy Court for the: | *SOUTHERN DISTRICT OF FLORIDA* |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Ally P.O. Box 380902 Minneapolis, MN 55438* | | *2019 Range Rover VIN: SALGS2RE7KA516669* | | *$35,078.95* | *$17,455.00* | *$17,623.95* |
| *Ally P.O. Box 380902 Minneapolis, MN 55438* | | *2022 Ford F250 VIN: 1FT7W2B65NEF72735* | | *$45,827.73* | *$38,834.00* | *$6,993.73* |
| *America Walks at Port St. Lucie 2211 Medina Road, Suite 100 Medina, OH 44256* | | *Arbitration Award plus possible attorneys fees - not final* | *Contingent Unliquidated Disputed* | | | *$9,318,985.23* |
| *Crum & Forster 305 Madison Avenue Morristown, NJ 07960* | | *Surety Bond* | *Contingent Unliquidated Disputed* | | | *$0.00* |
| *Ford Motor Credit PO BOX 30201 College Station, TX 77842* | | *2025 Ford F150 VIN: 1FTEW2LP0SKD52432* | | *$55,084.14* | *$48,000.00* | *$7,084.14* |
| *Ford Motor Credit PO BOX 30201 College Station, TX 77842* | | *2024 Ford F150 VIN: 1FTFW3L84RKD06101* | | *$58,725.03* | *$48,118.00* | *$10,607.03* |
| *Ian Prince 2135 W. Lake Hamilton Dr Winter Haven, FL 33881* | | *Secured Loan. UCC Filed.* | | *$400,000.00* | *Unknown* | *Unknown* |
| *LEAF CAPITAL FUNDING, LLC P.O. Box 5066 Hartford, CT 06102* | | *2022 Ford TK VIN: 1FT7W2BT8NEE45001* | | *$44,457.72* | *$41,499.00* | *$2,958.72* |

| Debtor | *Prince Land Inc.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Prince Enterprises of FL, LLC* *2654 SE Willoughby Blvd* *Stuart, FL 34994* | | | | | | *$61,604.40* |
| *Prince Equipment LLC* *2654 SE Willoughby Blvd* *Stuart, FL 34994* | | | | | | *$877,705.20* |
| *Small business Administration* *2 North Street, Suite 320* *Birmingham, AL 35203* | | *EIDL Loan. UCC Filed* | *Contingent Unliquidated Disputed* | *$500,000.00* | *$0.00* | *$500,000.00* |
| *STELLANTIS FINANCIAL SERVICES, INC.* *PO BOX 717* *Wilmington, OH 45177* | | *2022  Ram 1500 VIN: 1C6RRFMG1NN441841* | | *$40,166.29* | *$22,592.00* | *$17,574.29* |
| *TD Auto Finance* *PO BOX 675* *Wilmington, OH 45177* | | *2021 Ford F250 VIN: 1FT7W2BN6MEC03405* | | *$35,919.99* | *$31,636.00* | *$4,283.99* |
| *TD Bank* *1701 Route 70 East* *Cherry Hill, NJ 08034* | | *Line of Credit - Secured by Business Assets* | *Contingent Unliquidated Disputed* | *$620,000.00* | *$0.00* | *$620,000.00* |
| *Touron Law Group* *55 Merrick Way* *Miami, FL 33134* | | *Legal Fees* | | | | *$0.00* |

**Fill in this information to identify the case:**

Debtor name        *Prince Land Inc.*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $            0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $      3,771,595.99

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................    $      3,771,595.99

| Part 2: | Summary of Liabilities |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      1,942,801.09

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $            0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      10,258,294.83

4.    **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                                                                        $      12,201,095.92

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | *Prince Land Inc.* |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *United Community Bank* | *Checking* | *6685* | *$6,898.60* |
| 3.2. | *United Community Bank* | *Checking* | *2841* | *$4,745.19* |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

*$11,643.79*

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

Debtor    **_Prince Land Inc._**
Name                                              Case number *(If known)*

| 11a. 90 days old or less: | **1,769,992.13** | - | **0.00** | = .... | **$1,769,992.13** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **1,614,321.58** | - | **66,252.51** | =.... | **$1,548,069.07** |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$3,318,061.20**

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Debtor    *Prince Land Inc.*
_____    Case number *(If known)* _____
           Name

*Office 1 Desks  $350.00*
*Chair  $25.00*
*Cabinet  $75.00*
*Printer  $125.00*
*Office 2 Desks  $450.00*
*Chair  $25.00*
*Office 3 Desks  $450.00*
*Chair  $25.00*
*Cabinet  $50.00*
*Shredder  $75.00*
*Office 4 Desks  $450.00*
*Chair  $25.00*
*Cabinet  $50.00*
*TV  $150.00*
*Office 5 Desks  $450.00*
*Chair  $25.00*
*Shelves  $50.00*
*Cabinet  $50.00*
*Office 6     Desks  $450.00*
*Chair  $75.00*
*Shelves  $100.00*
*Cabinets  $100.00*
*Office 7 Desks  $450.00*
*Chairs  $50.00*
*Shelves  $100.00*            *$0.00*    *Liquidation*            *$4,225.00*

---

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**
       *See attached.*                        *$0.00*    *Liquidation*            *$4,950.00*

---

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                              | *$9,175.00* |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor    **Prince Land Inc.**                            Case number *(If known)*
                Name

| | | | |
|---|---|---|---|
| 47.1. | **2019 Toyota Tacoma**<br>**VIN: 5TFAX5GN7KX160529** | *$0.00*   **Liquidation** | **$18,508.00** |
| 47.2. | **2019 Range Rover**<br>**VIN: SALGS2RE7KA516669** | *$0.00*   **Liquidation** | **$17,455.00** |
| 47.3. | **2022 Ford F250**<br>**VIN: 1FT7W2B65NEF72735** | *$0.00*   **Liquidation** | **$38,834.00** |
| 47.4. | **2022 Ford F250**<br>**VIN: 1FT8W2BT0NED03004** | *$0.00*   **Liquidation** | **$26,929.00** |
| 47.5. | **2022 Ford F250**<br>**VIN: 1FT8W2BT7NEE63025** | *$0.00*   **Liquidation** | **$42,973.00** |
| 47.6. | **2021 Ford F250**<br>**VIN: 1FT7W2BN6MEC03405** | *$0.00*   **Liquidation** | **$31,636.00** |
| 47.7. | **2020 Ford F150**<br>**VIN: 1FTEW1E56LFB60741** | *$0.00*   **Liquidation** | **$28,925.00** |
| 47.8. | **2022 Ford TK**<br>**VIN: 1FT7W2BT8NEE45001** | *$0.00*   **Liquidation** | **$41,499.00** |
| 47.9. | **2022  Ram 1500**<br>**VIN: 1C6RRFMG1NN441841** | *$0.00*   **Liquidation** | **$22,592.00** |
| 47.10. | **2024 Ford F150**<br>**VIN: 1FTFW3L84RKD06101** | *$0.00*   **Liquidation** | **$48,118.00** |
| 47.11. | **2025 Ford F150**<br>**VIN: 1FTEW2LP0SKD52432** | *$0.00*   **Liquidation** | **$48,000.00** |
| 47.12. | **2009 Ford Truck**<br>**VIN: 1FTWW33Y79EA43116**<br>**There are no liens on this vehicle.** | *$0.00*   **Liquidation** | **$12,098.00** |
| 47.13. | **2018 Toyota Tacoma**<br>**VIN: 5TFCZ5AN5JX131556**<br>**There are no liens on this vehicle.** | *$0.00*   **Liquidation** | **$14,189.00** |
| 47.14. | **2018 Toyota Tacoma**<br>**VIN: 5TFRX5GNXJX106854**<br>**There are no liens on this vehicle.** | *$0.00*   **Liquidation** | **$8,173.00** |
| 47.15. | **2017 Toyota Tundra**<br>**VIN: 5TFUM5F19HX073714**<br>**There are no liens on this vehicle.** | *$0.00*   **Liquidation** | **$11,430.00** |

Debtor    **Prince Land Inc.**                                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 47.16 · | **2017 Toyota Tundra**<br>**VIN: 5TFUM5F11HX072735**<br>**There are no liens on this vehicle.** | **$0.00** | **Liquidation** | **$9,357.00** |
| 47.17 · | **2022 Eager Beaver Trailer**<br>**VIN: 112HAX372NL085949**<br>**There are no liens on this vehicle.** | **$0.00** | **Liquidation** | **$8,000.00** |
| 47.18 · | **1967 Kaiser Truck**<br>**VIN: 0225197314L8749**<br>**There are no liens on this vehicle.** | **$0.00** | **Liquidation** | **$4,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**                                                        | **$432,716.00** |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

Debtor   **Prince Land Inc.**
_____   Case number *(If known)* _____
Name

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
***The Debtor's various subcontractor agreements listed on Schedule G.  The Debtor does not believe these contracts have a saleable value as they are specific between the Debtor and the general contractor.***                                  *$0.00*

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                          *$0.00*

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **_Prince Land Inc._**

Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,643.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,318,061.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,175.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $432,716.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,771,595.99 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                    $3,771,595.99

**Prince Land, Inc.**
## Company Total Expenses
### March 2015

| | | | |
|---|---|---|---|
| **Monitor** | HP M277fwa - x 2 | $ | 100.00 |
| **Monitor** | Dell UltraSharp 27 InifinityEdge Monitor - x 2 | $ | 200.00 |
| **Computer** | Office Inspiron 3020 | $ | 300.00 |
| **Computer** | Office Inspiron 3020 | $ | 300.00 |
| **Monitor** | Dell 27 - x 2 | $ | 100.00 |
| **Computer** | OptiPlex 7060 Mini Tower BTX | $ | 300.00 |
| **Monitor** | Westinghouse 24 - x 2 | $ | 100.00 |
| **Computer** | OptiPlex 7060 Mini Tower BTX | $ | 300.00 |
| **Monitor** | Dell 22 Monitor - x 2 | $ | 100.00 |
| **Computer** | OptiPlex 7450 AIO BTX | $ | 300.00 |
| **Computer** | OptiPlex 7450 AIO BTX | $ | 300.00 |
| **Monitor** | Acer KB272 -  x 2 | $ | 100.00 |
| **Laptop** | Inspiron 15 5000 Series 5502 | $ | 300.00 |
| **Laptop** | HP 15 - 5CD3304Z5Y | $ | 300.00 |
| **Laptop** | DELL - 4572FC2 | $ | 400.00 |
| **Laptop** | DELL - 7TG00N2 | $ | 400.00 |
| **Laptop** | DELL - 1R0W7H2 | $ | 400.00 |
| **Laptop** | DELL - DXP2Q12 | $ | 200.00 |
| **Laptop** | DELL - 7JQV362 | $ | 200.00 |
| **Tablet** | Samsung Tablet A #1 | $ | 50.00 |
| **Tablet** | Samsung Tablet A #2 | $ | 50.00 |
| **Tablet** | EYY Tablet - Serial - UNP100-2 | $ | 75.00 |
| **Tablet** | EYY Tablet - Serial - UNP100-2 | $ | 75.00 |
| | | | |
| **TOTAL** | | **$** | **4,950.00** |

**Fill in this information to identify the case:**

Debtor name    *Prince Land Inc.*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | *Ally* | Describe debtor's property that is subject to a lien | $13,068.61 | $18,508.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380902**
**Minneapolis, MN 55438**

Creditor's mailing address

*2019 Toyota Tacoma*
*VIN: 5TFAX5GN7KX160529*

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*5043*

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | *Ally* | Describe debtor's property that is subject to a lien | $35,078.95 | $17,455.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 380902**
**Minneapolis, MN 55438**

Creditor's mailing address

*2019 Range Rover*
*VIN: SALGS2RE7KA516669*

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*5054*

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **_Prince Land Inc._**

Name    Case number (if known) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **_Ally_** | **Describe debtor's property that is subject to a lien** | $45,827.73 | $38,834.00 |

Creditor's Name

_**2022 Ford F250
VIN: 1FT7W2B65NEF72735**_

**_P.O. Box 380902
Minneapolis, MN 55438_**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
**_5844_**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **_Ally_** | **Describe debtor's property that is subject to a lien** | $41,633.32 | $42,973.00 |

Creditor's Name

_**2022 Ford F250
VIN: 1FT8W2BT7NEE63025**_

**_P.O. Box 380902
Minneapolis, MN 55438_**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
**_5743_**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **_Ford Credit_** | **Describe debtor's property that is subject to a lien** | $25,091.21 | $26,929.00 |

Creditor's Name

_**2022 Ford F250
VIN: 1FT8W2BT0NED03004**_

**_Po Box 650575
Dallas, TX 75265-0575_**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

---

Debtor   **Prince Land Inc.**                                          Case number (if known) _____
         _____
         Name

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*8774*

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $27,748.10 | $28,925.00 |

Creditor's Name

**PO BOX 30201**
**College Station, TX 77842**

Creditor's mailing address

*2020 Ford F150*
*VIN: 1FTEW1E56LFB60741*

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*6570*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $58,725.03 | $48,118.00 |

Creditor's Name

**PO BOX 30201**
**College Station, TX 77842**

Creditor's mailing address

*2024 Ford F150*
*VIN: 1FTFW3L84RKD06101*

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*3122*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $55,084.14 | $48,000.00 |

Debtor  **Prince Land Inc.**                                      Case number *(if known)* _____
_____
Name

Creditor's Name

**2025 Ford F150**
**VIN: 1FTEW2LP0SKD52432**

**PO BOX 30201**
**College Station, TX 77842**

Creditor's mailing address                    **Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known            **Is anyone else liable on this claim?**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8604**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply

■ No                                          □ Contingent
□ Yes. Specify each creditor,                 □ Unliquidated
including this creditor and its relative       □ Disputed
priority.

---

| 2.9 | **Ian Prince** | Describe debtor's property that is subject to a lien | **$400,000.00** | **Unknown** |

Creditor's Name                              **Secured Loan. UCC Filed.**

**2135 W. Lake Hamilton Dr**
**Winter Haven, FL 33881**

Creditor's mailing address                    **Describe the lien**
                                             **All business assets**

**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known            **Is anyone else liable on this claim?**

■ No
**Date debt was incurred**                    □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply

■ No                                          □ Contingent
□ Yes. Specify each creditor,                 □ Unliquidated
including this creditor and its relative       □ Disputed
priority.

---

| 2.10 | **LEAF CAPITAL FUNDING, LLC** | Describe debtor's property that is subject to a lien | **$44,457.72** | **$41,499.00** |

Creditor's Name                              **2022 Ford TK**
                                             **VIN: 1FT7W2BT8NEE45001**

**P.O. Box 5066**
**Hartford, CT 06102**

Creditor's mailing address                    **Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known            **Is anyone else liable on this claim?**

■ No
**Date debt was incurred**                    □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4190**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 7

Debtor  **Prince Land Inc.**                                          Case number (if known) _____
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1** | **Small business Administration**
Creditor's Name

**2 North Street, Suite 320 Birmingham, AL 35203**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Describe debtor's property that is subject to a lien | $500,000.00 | $0.00 |
|---|---|---|
| **EIDL Loan. UCC Filed** | | |

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

**2.1 2** | **STELLANTIS FINANCIAL SERVICES, INC.**
Creditor's Name

**PO BOX 717 Wilmington, OH 45177**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0001**

| Describe debtor's property that is subject to a lien | $40,166.29 | $22,592.00 |
|---|---|---|
| **2022  Ram 1500 VIN: 1C6RRFMG1NN441841** | | |

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3** | **TD Auto Finance**
Creditor's Name

**PO BOX 675 Wilmington, OH 45177**
Creditor's mailing address

| Describe debtor's property that is subject to a lien | $35,919.99 | $31,636.00 |
|---|---|---|
| **2021 Ford F250 VIN: 1FT7W2BN6MEC03405** | | |

**Describe the lien**

Debtor   **Prince Land Inc.**

Name

Case number (if known) _____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
*6213*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **TD Bank** | Describe debtor's property that is subject to a lien | *$620,000.00* | *$0.00* |
|---|---|---|---|---|

Creditor's Name

*Line of Credit - Secured by Business Assets*

**1701 Route 70 East**
**Cherry Hill, NJ 08034**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $1,942,801.09 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530** | Line  *2.11* | |
| **Small business Administration**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line  *2.11* | |

Debtor   **Prince Land Inc.**
Name

Case number (if known) _____

**U.S. Attorney**
**99 NE 4th Street**
**Miami, FL 33132**

Line   **2.11**

**Fill in this information to identify the case:**

Debtor name  *Prince Land Inc.*

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

*Department of Revenue*
*5050 W. Tennessee Street*
*Tallahassee, FL 32399*

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
*Notice Only*

Is the claim subject to offset?
■ No
☐ Yes

Total claim: *$0.00*   Priority amount: *$0.00*

**2.2** | Priority creditor's name and mailing address

*Internal Revenue Service*
*Central Insolvency Operation*
*P.O. Box 7346*
*Philadelphia, PA 19101-7346*

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
*Notice Only*

Is the claim subject to offset?
■ No
☐ Yes

Total claim: *$0.00*   Priority amount: *$0.00*

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Prince Land Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address

**America Walks at Port St. Lucie**
**2211 Medina Road, Suite 100**
**Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$9,318,985.23**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Arbitration Award plus possible attorneys fees - not final_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

**Crum & Forster**
**305 Madison Avenue**
**Morristown, NJ 07960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Surety Bond_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

**Prince Enterprises of FL, LLC**
**2654 SE Willoughby Blvd**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$61,604.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

**Prince Equipment LLC**
**2654 SE Willoughby Blvd**
**Stuart, FL 34994**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$877,705.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

**Touron Law Group**
**55 Merrick Way**
**Miami, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Legal Fees_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Crum & Forster**<br>**R.A. Insurance Commissioner**<br>**200 East Gaines Street**<br>**Tallahassee, FL 32399** | Line  _3.2_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Hahn Loeser & Parks LLP**<br>**299 Public Square**<br>**Suite 2800**<br>**Cleveland, OH 44144** | Line  _3.1_<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **_Prince Land Inc._** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **_Internal Revenue Service_** **_United States Dept Justice_** **_Tenth & Constitution_** **_Washington, DC 20530_** | Line __*2.2*__ ☐ Not listed. Explain ____ | _ |
| 4.4 | **_Internal Revenue Service_** **_c/o IRS District Counsel_** **_Claude Pepper Federal Bldg_** **_51 S.W. 1st Ave., 11th Floor_** **_Miami, FL 33130_** | Line __*2.2*__ ☐ Not listed. Explain ____ | _ |
| 4.5 | **_Internal Revenue Service_** **_Acting US Attorney_** **_99 NE 4th Street_** **_Miami, FL 33132_** | Line __*2.2*__ ☐ Not listed. Explain ____ | _ |
| 4.6 | **_PLF Registered Agent, LLC_** **_1833 Hendry Street_** **_Fort Myers, FL 33901_** | Line __*3.1*__ ☐ Not listed. Explain ____ | _ |

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _0.00_ |
| **5b. Total claims from Part 2** | 5b. + | $ _10,258,294.83_ |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ _10,258,294.83_ |

**Fill in this information to identify the case:**

Debtor name  *Prince Land Inc.*

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — *Subcontract Agreement* | |
| State the term remaining | **A M KING CONSTRUCTION COMPANY, LLC** |
| List the contract number of any government contract | **1610 East Morehead, Suite 200** **Charlotte, NC 28207** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — *Subcontract Agreement* | |
| State the term remaining | **A M KING CONSTRUCTION COMPANY, LLC** |
| List the contract number of any government contract | **1610 East Morehead, Suite 200** **Charlotte, NC 28207** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — *The Bears Club Condominium Site. Subcontractor Agreement* | |
| State the term remaining | **Affinity Construction Group** |
| List the contract number of any government contract | **1931 Commerce Lane, Suite 1** **Jupiter, FL 33458** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — *Subcontractor Agreement* | |
| State the term remaining | **Cambridge Companies** |
| List the contract number of any government contract | **14201 N. 87th Street, Suite C-135** **Scottsdale, AZ 85260** |

Debtor 1    **Prince Land Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gilbane Residential Construction Florida** |
| | List the contract number of any government contract | | **1950 Ringling Blvd. 301** **Sarasota, FL 34236** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Canon Copier C3926** | |
|---|---|---|---|
| | State the term remaining | | **Stuart Business Systems** |
| | List the contract number of any government contract | | **1720 A Crete St** **Moberly, MO 65270** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Canon Printer TX3000 MFP** | |
|---|---|---|---|
| | State the term remaining | | **Stuart Business Systems** |
| | List the contract number of any government contract | | **1720 A Crete St** **Moberly, MO 65270** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Summit Contracting Group Inc** |
| | List the contract number of any government contract | | **7595 Baymeadows Way Suite 100** **Jacksonville, FL 32256** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Timothy Rose Contracting Inc** |
| | List the contract number of any government contract | | **1880 82nd Ave, Suite 205** **Vero Beach, FL 32966** |

Debtor 1   *Prince Land Inc.*

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | *Subcontractor Agreement* | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | *Verano Development LLC*<br>*4807 PGA Boulevard*<br>*Palm Beach Gardens, FL 33418* |

**Fill in this information to identify the case:**

Debtor name   **_Prince Land Inc._**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **_Bruce Prince_** | **_2654 SE Willoughby Blvd_** **_Stuart, FL 34994_** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **_Crum & Forster_** | **_305 Madison Avenue_** **_Morristown, NJ 07960_** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Prince Land Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$7,885,892.51** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$12,918,853.97** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$12,303,819.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Prince Land Inc. | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached.** | | *Unknown* | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached** | *Various* | *Unknown* | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white;">Part 3:</div> **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **America Walks at Port St. Lucie, LLC v. Prince Land, Inc et al.**<br>**01-22-0005-0428** | *Breach of Contract* | *Arbitration* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

<div style="background:black;color:white;">Part 4:</div> **Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    *Prince Land Inc.*                                      Case number *(if known)*

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table>
<tr><td style="background:black;color:white">Part 5:</td><td>Certain Losses</td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| *Theft-Skid Steer Valve* | *Police Report Filed* | *Febrary 2025* | *$80,000.00* |

<table>
<tr><td style="background:black;color:white">Part 6:</td><td>Certain Payments or Transfers</td></tr>
</table>

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Kelley Kaplan & Eller, PLLC*<br>*1665 Palm Beach Lakes Blvd*<br>*The Forum - Suite 1000*<br>*West Palm Beach, FL 33401* | *Attorney Fees* | *July 2025* | *$50,000.00* |
| | Email or website address<br>*craig@kelleylawoffice.com* | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor     **Prince Land Inc.**                                    Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Essential Ford of Stuart**<br>**4000 SE Federal Hwy**<br>**Stuart, FL 34997** | **2020 Dodge Ram 2500** | **6/6/25** | **$26,500.00** |
| | **Relationship to debtor** | | | |
| 13.2. | **Shailendra Bissoon**<br>**Unknown** | **2020 Cat Skid Steer** | **4/9/25** | **$15,000.00** |
| | **Relationship to debtor** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Principal Life Insurance Company** | EIN: |

Has the plan been terminated?
☑ No
☐ Yes

Debtor    **Prince Land Inc.**                                                   Case number *(if known)*

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

| Debtor | Prince Land Inc. | Case number *(if known)* | |
|---|---|---|---|

**environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **RVG & Company LLC**<br>**1401 East Broward Blvd**<br>**Fort Lauderdale, FL 33301** | *2022-present* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Prince Land Inc.**                                                    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bruce Prince** | **2654 SE Willoughby Blvd Stuart, FL 34994** | **President** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Chrost** | **2654 SE Willoughby Blvd Stuart, FL 34994** | **CFO** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached** | | **Various** | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Prince Land Inc.**                                          Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  1, 2025**

**/s/ Bruce Prince**                                              **Bruce Prince**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Date | Payee | Description | Payment Type | Check | Subtraction |
|------|-------|-------------|--------------|-------|-------------|
| 5/01/2025 | PRIN&PRIN | Arant 56 | Electronic | 0 | 3,125.00 |
| 5/01/2025 | PRIN&PRIN | Labry11 | Electronic | 0 | 10,800.00 |
| 5/01/2025 | PRINCEENTO | PEnt5125 | Electronic | 0 | 21,342.75 |
| 5/01/2025 | PRINCEENTO | PEnt5.25 | Electronic | 0 | 21,986.25 |
| 5/01/2025 | RWFLEGACY | RWF Legacy Ranch Inc. | Check | 14769 | 2,000.00 |
| 5/01/2025 | ATLENV | Atlantic Environmental Sys Inc | Check | 14785 | 6,410.00 |
| 5/01/2025 | JJUNDE | J & J Underground Services LLC | Check | 14791 | 5,850.00 |
| 5/02/2025 | RVGCOM | RVG.0525 | Electronic | 0 | 820.84 |
| 5/02/2025 | | LOC CM | None | 0 | 25,750.00 |
| 5/05/2025 | | Chase CC Payment | None | 0 | 22,394.02 |
| 5/05/2025 | | Transfer PR PE 4/27 | None | 0 | 40,000.00 |
| 5/05/2025 | PRINCEEQU | PEQ050225 | Electronic | 0 | 94,417.85 |
| 5/05/2025 | LINESUNLIM | Lines Unlimited, Inc. | Check | 14755 | 14,738.00 |
| 5/05/2025 | JSEART | J & S Earthworks, LLC. | Check | 14756 | 11,500.00 |
| 5/05/2025 | JSEART | J & S Earthworks, LLC. | Check | 14757 | 57,500.00 |
| 5/05/2025 | ACME | Acme Barricades, LC | Check | 14759 | 5,053.09 |
| 5/05/2025 | HOLLAN | Holland Pump Company | Check | 14760 | 21,730.76 |
| 5/05/2025 | COREMAIN | Core & Main | Check | 14761 | 6,214.67 |
| 5/05/2025 | COVNOR | Coverall North America, Inc. | Check | 14762 | 298.20 |
| 5/05/2025 | DSEAKINS | D.S. Eakins Construction Corp. | Check | 14763 | 3,466.80 |
| 5/05/2025 | GEOSUR | GeoPoint Surveying, Inc. | Check | 14764 | 3,702.49 |
| 5/05/2025 | NATEQU | National Equipment Dealers LLC | Check | 14765 | 4,617.00 |
| 5/06/2025 | | LOC | None | 0 | 50,000.00 |
| 5/07/2025 | FEDEX | FEDX0507 | Electronic | 0 | 34.63 |
| 5/07/2025 | STELLAFIN | SFIN.0525 | Electronic | 0 | 967.83 |
| 5/07/2025 | RVCONS | RL.0425 | Electronic | 0 | 3,623.75 |
| 5/07/2025 | RVCONS | RL.0325 | Electronic | 0 | 3,848.54 |
| 5/07/2025 | | LOC | None | 0 | 25,000.00 |
| 5/07/2025 | | Chase CC Payment | None | 0 | 34,614.99 |
| 5/07/2025 | | LOC | None | 0 | 56,270.00 |
| 5/07/2025 | PPNORT | PP5.25 | Electronic | 0 | 87,142.39 |
| 5/07/2025 | PPNORT | PP5725 | Electronic | 0 | 87,142.39 |
| 5/07/2025 | PRINCEEQU | PEQ050725 | Electronic | 0 | 100,183.22 |
| 5/07/2025 | | Transfer PR 941 | None | 0 | 230,000.00 |
| 5/07/2025 | FERGUS | Ferguson Enterprises Inc. | Check | 14770 | 5,466.22 |
| 5/08/2025 | PPNORT | PP-Dob5.25 | Electronic | 0 | 0 |
| 5/08/2025 | | PP-Dob5.25 | Electronic | 0 | 0 |
| 5/08/2025 | PPNORT | PP5.25CR | Electronic | 0 | 0 |
| 5/08/2025 | STAPLES | STAPLES525 | Electronic | 0 | 164.29 |
| 5/08/2025 | CHRY6689 | 7338.0525 | Electronic | 0 | 942.85 |
| 5/08/2025 | LIBMUT | LM4/5.25 | Electronic | 0 | 50,810.78 |
| 5/08/2025 | | Transfer PR PE 5/4 | None | 0 | 60,000.00 |
| 5/08/2025 | DOBBSEQUPT | dobbs14768 | Electronic | 0 | 73,613.09 |
| 5/08/2025 | | LOC | None | 0 | 85,000.00 |
| 5/08/2025 | DOBBSEQUPT | Dobbs Equipment | Check | 14768 | 0 |
| 5/08/2025 | JESRUI | Jesus Ruiz | Check | 14772 | 144.86 |

| 5/08/2025 | JOSGAR | Jose Garcia | Check | 14773 | 129.79 |
| 5/08/2025 | LAMCON | Lamberson Consulting, Inc. | Check | 14774 | 2,000.00 |
| 5/08/2025 | MARRUI | Martin Ruiz Morales | Check | 14775 | 41.04 |
| 5/08/2025 | RUSTHI | Russell Thibodeau | Check | 14776 | 90.13 |
| 5/08/2025 | SCOLAM | Scott Lamberson | Check | 14777 | 217.00 |
| 5/08/2025 | COVNOR | Coverall North America, Inc. | Check | 14778 | 298.20 |
| 5/08/2025 | DSEAKINS | D.S. Eakins Construction Corp. | Check | 14779 | 1,605.60 |
| 5/08/2025 | EASTOW | East Coast Towing & Transport | Check | 14780 | 1,402.50 |
| 5/08/2025 | MG3LLC | MG3D, LLC. | Check | 14781 | 9,000.00 |
| 5/08/2025 | NAPAAU | NAPA Auto Parts | Check | 14782 | 2,308.64 |
| 5/08/2025 | PALMDALE | Palmdale Oil Company | Check | 14783 | 29,781.27 |
| 5/09/2025 | SUNPAS | SUNP0525 | Electronic | 0 | 250.00 |
| 5/09/2025 | | CHASE CC PMT | None | 0 | 49,000.00 |
| 5/09/2025 | PALMDALE | Palmdale Oil Company | Check | 14766 | 22,879.60 |
| 5/09/2025 | VULMAT | Vulcan Materials Company, LLC. | Check | 14767 | 24,376.43 |
| 5/12/2025 | VINCENT VA | VV5.25 | Electronic | 0 | 0 |
| 5/12/2025 | ALLY0529 | 5043.0525 | Electronic | 0 | 529.21 |
| 5/12/2025 | | Transfer PR PE 5/4 | None | 0 | 10,000.00 |
| 5/12/2025 | | LOC | None | 0 | 30,000.00 |
| 5/12/2025 | FLOSIG | Floridian Signs & Plastics LLC | Check | 14784 | 66.88 |
| 5/12/2025 | UNIENG | Universal Engineering Sciences | Check | 14786 | 719.04 |
| 5/12/2025 | CAPZER | Capzer Pharmaceuticals | Check | 14787 | 2,290.00 |
| 5/12/2025 | ALLIED | Allied Trucking of Palm Bch LC | Check | 14788 | 950.00 |
| 5/12/2025 | CAULFI | Caulfield & Wheeler, Inc. | Check | 14789 | 9,924.75 |
| 5/12/2025 | STLUBA | St. Lucie Battery & Tire | Check | 14792 | 1,262.80 |
| 5/13/2025 | | Transfer to x2503 | None | 0 | 490.44 |
| 5/13/2025 | SBA | SBA.0425 | Electronic | 0 | 2,575.00 |
| 5/13/2025 | PPNORT | PP5.25-2 | Electronic | 0 | 61,001.83 |
| 5/13/2025 | PPNORT | PP5.25-2 | Electronic | 0 | 61,001.83 |
| 5/13/2025 | | Transfer PR PE 5/11 | None | 0 | 80,000.00 |
| 5/13/2025 | LAMCON | Lamberson Consulting, Inc. | Check | 14794 | 2,000.00 |
| 5/13/2025 | RUSTHI | Russell Thibodeau | Check | 14796 | 113.61 |
| 5/13/2025 | SAMRUI | Samuel Ruiz Morales | Check | 14797 | 71.25 |
| 5/13/2025 | NAPAAU | NAPA Auto Parts | Check | 14798 | 490.10 |
| 5/14/2025 | FEDEX | FEDX0514 | Electronic | 0 | 55.10 |
| 5/14/2025 | | TCC | None | 0 | 4,280.00 |
| 5/14/2025 | | Chase CC Payment | None | 0 | 32,000.00 |
| 5/15/2025 | NEOPOS | NEO.0525 | Electronic | 0 | 400.00 |
| 5/15/2025 | | CHASE CC PAYMENT | None | 0 | 13,000.00 |
| 5/15/2025 | | Cap1 Payment | None | 0 | 27,776.12 |
| 5/15/2025 | COREMAIN | Core & Main | Check | 14790 | 16,265.01 |
| 5/15/2025 | SUNBEL | Sunbelt Rentals | Check | 14799 | 8,303.61 |
| 5/16/2025 | COMCAS | COM.0525 | Electronic | 0 | 352.14 |
| 5/16/2025 | SCOLAM | Scott Lamberson | Check | 14793 | 178.50 |
| 5/16/2025 | MARRUI | Martin Ruiz Morales | Check | 14795 | 41.26 |
| 5/19/2025 | GREATHORN | GH1180 | Electronic | 0 | 532.55 |
| 5/19/2025 | FORD 0741 | 6570.0525 | Electronic | 0 | 792.52 |

| 5/19/2025 | LINESUNLIM | GH1179 | Electronic | 0 | 13,884.25 |
|---|---|---|---|---|---|
| 5/19/2025 | AIMASP | GH1178 | Electronic | 0 | 70,846.38 |
| 5/19/2025 | DARCIBRAZ | Darci A Braz, LLC. | Check | 14816 | 292.50 |
| 5/20/2025 | LEAF5001 | 1001.0525 | Electronic | 0 | 1,169.94 |
| 5/20/2025 | MGFILL | M&G Fill Corporation | Check | 14800 | 190,629.29 |
| 5/20/2025 | AUSTIN | Austin Tupler Trucking, Inc. | Check | 14801 | 0 |
| 5/20/2025 | AUSTIN | Austin Tupler Trucking, Inc. | Check | 14802 | 73,344.90 |
| 5/21/2025 | FEDEX | FEDX0525 | Electronic | 0 | 125.05 |
| 5/21/2025 | SCCU | 5710.0525 | Electronic | 0 | 1,111.41 |
| 5/21/2025 |  | Chase CC Payment | None | 0 | 19,000.00 |
| 5/21/2025 | PPNORT | PP5.25 | Electronic | 0 | 21,101.00 |
| 5/21/2025 |  | Transfer PR PE 5/18 | None | 0 | 50,000.00 |
| 5/21/2025 | MG3LLC | MG3D, LLC. | Check | 14804 | 9,000.00 |
| 5/21/2025 | FABAGU | Fabian Aguayo | Check | 14805 | 175.00 |
| 5/21/2025 | JOSGAR | Jose Garcia | Check | 14806 | 133.68 |
| 5/21/2025 | LAMCON | Lamberson Consulting, Inc. | Check | 14807 | 2,000.00 |
| 5/21/2025 | MARRUI | Martin Ruiz Morales | Check | 14808 | 35.62 |
| 5/21/2025 | NICMOL | Nicholas Mollenkopf | Check | 14809 | 62.06 |
| 5/21/2025 | RUSTHI | Russell Thibodeau | Check | 14810 | 30.89 |
| 5/21/2025 | SCOLAM | Scott Lamberson | Check | 14811 | 179.90 |
| 5/22/2025 | FIRSTINS | 1stINS.525 | Electronic | 0 | 11,060.94 |
| 5/22/2025 | COREMAIN | Core & Main | Check | 14813 | 139,532.48 |
| 5/23/2025 | EAGSOD | Eagle Sod | Check | 14815 | 37,944.00 |
| 5/26/2025 | COREMAIN | Core & Main | Check | 14812 | 101,250.00 |
| 5/26/2025 | COREMAIN | Core & Main | Check | 14814 | 65,617.37 |
| 5/27/2025 | LEAF1002 | 1002.0525 | Electronic | 0 | 229.52 |
| 5/27/2025 |  | SunP 5/25 | None | 0 | 250.00 |
| 5/27/2025 | FORD6101 | 3122.0525 | Electronic | 0 | 1,378.92 |
| 5/28/2025 | FEDEX | FEDX0528 | Electronic | 0 | 80.98 |
| 5/28/2025 | ALLY2735 | 5743.0525 | Electronic | 0 | 1,096.68 |
| 5/28/2025 | ALLY3025 | 5844.0525 | Electronic | 0 | 1,205.02 |
| 5/28/2025 | FORD3004 | 8774.0525 | Electronic | 0 | 1,322.85 |
| 5/28/2025 | PRINCEEQU | PEQ52825 | Electronic | 0 | 9,975.94 |
| 5/28/2025 | LPASPH | LP Asphalt, LLC. | Check | 14817 | 88,257.60 |
| 5/28/2025 | PRINCE&SON | Prince & Sons Inc. | Check | 14818 | 350,000.00 |
| 5/28/2025 | SCOLAM | Scott Lamberson | Check | 14819 | 185.50 |
| 5/28/2025 | LAMCON | Lamberson Consulting, Inc. | Check | 14820 | 2,000.00 |
| 5/29/2025 | TD - 3405 | 6212.0525 | Electronic | 0 | 939.95 |
| 5/29/2025 |  | Transfer PR PE 5/25 | None | 0 | 60,000.00 |
| 5/29/2025 | ACME | Acme Barricades, LC | Check | 14821 | 3,531.00 |
| 5/29/2025 | ALCRET | Alcrete, LLC. | Check | 14822 | 100.70 |
| 5/29/2025 | AUSTIN | Austin Tupler Trucking, Inc. | Check | 14823 | 12,326.40 |
| 5/29/2025 | CAULFI | Caulfield & Wheeler, Inc. | Check | 14824 | 9,474.75 |
| 5/29/2025 | ELITETRANS | Elite Heavy Transport, LLC. | Check | 14825 | 2,234.72 |
| 5/29/2025 | HOLLAN | Holland Pump Company | Check | 14826 | 0 |
| 5/29/2025 | MGFILL | M&G Fill Corporation | Check | 14827 | 46,725.12 |
| 5/29/2025 | MOSSON | Mosley & Son Construction, Inc | Check | 14828 | 34,608.00 |

| 5/29/2025 | NATEQU | National Equipment Dealers LLC | Check | 14829 | 3,967.00 |
| 5/29/2025 | PALMDALE | Palmdale Oil Company | Check | 14830 | 35,533.28 |
| 5/30/2025 | ALLY6669 | 5054.0525 | Electronic | 0 | 1,356.20 |
| 5/30/2025 | WEXFLE | WEX.0525 | Electronic | 0 | 14,847.77 |
| 6/01/2025 | RWFLEGACY | RWF Legacy Ranch Inc. | Check | 14902 | 2,000.00 |
| 6/02/2025 | FLPWRL | 3284.0625 | Electronic | 0 | 137.04 |
| 6/02/2025 | FLPWRL | 1086.0625 | Electronic | 0 | 295.00 |
| 6/02/2025 | GREATHORN | GH1185 | Electronic | 0 | 854.56 |
| 6/02/2025 | EQUIP RENT | EQRS5.25 | Electronic | 0 | 947.40 |
| 6/02/2025 | SBA | SBA.0525 | Electronic | 0 | 2,575.00 |
| 6/02/2025 | PRIN&PRIN | Arant.625 | Electronic | 0 | 3,125.00 |
| 6/02/2025 | PRINCEEQU | PEQ6225 | Electronic | 0 | 4,302.76 |
| 6/02/2025 | CAULFI | GH1182 | Electronic | 0 | 5,519.69 |
| 6/02/2025 | RVGAUD | RVGA.0625 | Electronic | 0 | 9,750.00 |
| 6/02/2025 | PRIN&PRIN | Labry.0625 | Electronic | 0 | 10,800.00 |
| 6/02/2025 | JJUNDE | gh1181 | Electronic | 0 | 13,247.53 |
| 6/02/2025 | PATENT | GH1184 | Electronic | 0 | 15,195.94 |
| 6/02/2025 | AIMASP | GH1183 | Electronic | 0 | 21,295.40 |
| 6/02/2025 | AIMASP | GH1183 | Electronic | 0 | 21,295.40 |
| 6/02/2025 | DARCIBRAZ | Darci A Braz, LLC. | Check | 14831 | 1,327.50 |
| 6/03/2025 | RVGCOM | RVG.0625 | Electronic | 0 | 820.84 |
| 6/03/2025 | SUPCER | Superior Ceramic Company | Check | 14832 | 1,440.00 |
| 6/04/2025 | FEDEX | FEDX.0604 | Electronic | 0 | 143.63 |
| 6/05/2025 | | Transfer PR PE 6/1 | None | 0 | 50,000.00 |
| 6/05/2025 | JESRUI | Jesus Ruiz | Check | 14833 | 194.86 |
| 6/05/2025 | JESRUI | Jesus Ruiz | Check | 14834 | 173.50 |
| 6/05/2025 | JOSGAR | Jose Garcia | Check | 14835 | 136.75 |
| 6/05/2025 | LAMCON | Lamberson Consulting, Inc. | Check | 14836 | 2,000.00 |
| 6/05/2025 | MARRUI | Martin Ruiz Morales | Check | 14837 | 79.91 |
| 6/05/2025 | RUSTHI | Russell Thibodeau | Check | 14838 | 75.38 |
| 6/05/2025 | SAMRUI | Samuel Ruiz Morales | Check | 14839 | 357.18 |
| 6/05/2025 | SCOLAM | Scott Lamberson | Check | 14840 | 106.40 |
| 6/05/2025 | NAPAAU | NAPA Auto Parts | Check | 14841 | 3,970.22 |
| 6/05/2025 | STLUBA | St. Lucie Battery & Tire | Check | 14842 | 3,067.55 |
| 6/06/2025 | | TCC | None | 0 | 1,094.40 |
| 6/06/2025 | ACCSEP | Accurate Septic Services, Inc. | Check | 14843 | 5,799.26 |
| 6/06/2025 | ACCSEP | Accurate Septic Services, Inc. | Check | 14844 | 3,989.26 |
| 6/09/2025 | STELLAFIN | SFINA.0625 | Electronic | 0 | 967.83 |
| 6/09/2025 | | Transfer PR PE 6/8 | None | 0 | 55,000.00 |
| 6/09/2025 | LAMCON | Lamberson Consulting, Inc. | Check | 14846 | 2,000.00 |
| 6/09/2025 | MARRUI | Martin Ruiz Morales | Check | 14847 | 38.84 |
| 6/09/2025 | NICMOL | Nicholas Mollenkopf | Check | 14848 | 387.27 |
| 6/09/2025 | RUSTHI | Russell Thibodeau | Check | 14849 | 74.16 |
| 6/09/2025 | SAMRUI | Samuel Ruiz Morales | Check | 14850 | 400.93 |
| 6/09/2025 | SCOLAM | Scott Lamberson | Check | 14851 | 130.20 |
| 6/10/2025 | | SunP 06/25 | None | 0 | 250.00 |
| 6/10/2025 | ALLY0529 | 5043.0625 | Electronic | 0 | 529.21 |

| 6/10/2025 | ACRSOU | GH1187 | Electronic | 0 | 9,151.00 |
|---|---|---|---|---|---|
| 6/10/2025 | | UHC June | None | 0 | 10,619.00 |
| 6/11/2025 | FEDEX | FEDX.0611 | Electronic | 0 | 28.71 |
| 6/11/2025 | | Transfer to x2503 | None | 0 | 374.42 |
| 6/11/2025 | AUSTIN | Austin Tupler Trucking, Inc. | Check | 14852 | 2,608.20 |
| 6/11/2025 | MGFILL | M&G Fill Corporation | Check | 14853 | 6,430.92 |
| 6/16/2025 | COMCAS | COMC6.25 | Electronic | 0 | 433.72 |
| 6/17/2025 | FORD 0741 | 6570.0625 | Electronic | 0 | 792.52 |
| 6/17/2025 | PRINCEEQU | PEQ061725 | Electronic | 0 | 21,743.76 |
| 6/17/2025 | | AR Void Cash Receipt | None | 0 | 21,743.76 |
| 6/18/2025 | FEDEX | FEDX0618 | Electronic | 0 | 87.93 |
| 6/18/2025 | | TD LOC & INT | None | 0 | 5,000.00 |
| 6/18/2025 | | Transfer PR PE 6/15 | None | 0 | 60,000.00 |
| 6/19/2025 | | Cap 1 Payment | None | 0 | 278.31 |
| 6/19/2025 | | Transfer to x2503 | None | 0 | 60,000.00 |
| 6/19/2025 | JESRUI | Jesus Ruiz | Check | 14854 | 199.10 |
| 6/19/2025 | LAMCON | Lamberson Consulting, Inc. | Check | 14855 | 2,000.00 |
| 6/19/2025 | JOSGAR | Jose Garcia | Check | 14856 | 107.50 |
| 6/19/2025 | MARRUI | Martin Ruiz Morales | Check | 14857 | 59.23 |
| 6/19/2025 | RUSTHI | Russell Thibodeau | Check | 14858 | 86.34 |
| 6/19/2025 | SCOLAM | Scott Lamberson | Check | 14859 | 207.20 |
| 6/20/2025 | LEAF5001 | 1001.0625 | Electronic | 0 | 1,169.94 |
| 6/20/2025 | RVCONS | RVC.0625 | Electronic | 0 | 4,105.00 |
| 6/20/2025 | KELKAP | KLAW0625 | Electronic | 0 | 60,000.00 |
| 6/20/2025 | PropTax | Property Tax Authority | Check | 14860 | 650.00 |
| 6/20/2025 | UNIENG | Universal Engineering Sciences | Check | 14861 | 143.18 |
| 6/20/2025 | CAPZER | Capzer Pharmaceuticals | Check | 14862 | 962.00 |
| 6/23/2025 | STAPLES | Stpl.0625 | Electronic | 0 | 125.13 |
| 6/23/2025 | SCCU | 2417.0625 | Electronic | 0 | 1,111.41 |
| 6/23/2025 | PRINCEEQU | PEQ062325 | Electronic | 0 | 4,422.39 |
| 6/23/2025 | FIRSTINS | 1stINS.06 | Electronic | 0 | 11,060.94 |
| 6/23/2025 | ALLIED | Allied Trucking of Palm Bch LC | Check | 14864 | 3,800.00 |
| 6/23/2025 | DARCIBRAZ | Darci A Braz, LLC. | Check | 14865 | 270.00 |
| 6/24/2025 | FORD6101 | 3122.0625 | Electronic | 0 | 1,378.92 |
| 6/24/2025 | | Equipment to Chase Card | None | 0 | 3,400.00 |
| 6/24/2025 | | Chase Payment | None | 0 | 34,000.00 |
| 6/24/2025 | FERGUS | Ferguson Enterprises Inc. | Check | 14870 | 1,096.90 |
| 6/25/2025 | FEDEX | FEDX.625 | Electronic | 0 | 28.77 |
| 6/25/2025 | LEAF1002 | 1002.0625 | Electronic | 0 | 229.52 |
| 6/25/2025 | ALLY2735 | 5743.0625 | Electronic | 0 | 1,096.68 |
| 6/25/2025 | ALLY3025 | 5844.0625 | Electronic | 0 | 1,205.02 |
| 6/25/2025 | SBA | SBA.0625 | Electronic | 0 | 2,575.00 |
| 6/25/2025 | CONSTRAFOR | CONSF.0625 | Electronic | 0 | 4,377.56 |
| 6/25/2025 | | Transfer PR PE 6/22 | None | 0 | 57,000.00 |
| 6/25/2025 | LAMCON | Lamberson Consulting, Inc. | Check | 14872 | 2,000.00 |
| 6/25/2025 | MARRUI | Martin Ruiz Morales | Check | 14873 | 36.35 |
| 6/25/2025 | RUSTHI | Russell Thibodeau | Check | 14874 | 63.76 |

| 6/25/2025 | SAMRUI | Samuel Ruiz Morales | Check | 14875 | 62.30 |
|---|---|---|---|---|---|
| 6/25/2025 | SCOLAM | Scott Lamberson | Check | 14876 | 124.60 |
| 6/25/2025 | HOLLAN | Holland Pump Company | Check | 14877 | 11,333.59 |
| 6/26/2025 | PRINCEEQU | PEQ0626202 | Electronic | 0 | 84,120.75 |
| 6/26/2025 | NATEQU | National Equipment Dealers LLC | Check | 14883 | 3,417.00 |
| 6/26/2025 | NAPAAU | NAPA Auto Parts | Check | 14884 | 2,026.56 |
| 6/26/2025 | MOSSON | Mosley & Son Construction, Inc | Check | 14885 | 8,090.45 |
| 6/26/2025 | DSEAKINS | D.S. Eakins Construction Corp. | Check | 14886 | 1,733.40 |
| 6/26/2025 | CMSENV | CMS Environmental Solution LLC | Check | 14887 | 1,500.00 |
| 6/26/2025 | ACME | Acme Barricades, LC | Check | 14889 | 392.60 |
| 6/26/2025 | ARCHCO | Arch/Con Copies | Check | 14890 | 184.90 |
| 6/26/2025 | AUSTIN | Austin Tupler Trucking, Inc. | Check | 14891 | 2,311.20 |
| 6/26/2025 | MGFILL | M&G Fill Corporation | Check | 14892 | 8,936.30 |
| 6/27/2025 | PREMER | PREMER06 | Electronic | 0 | 5,000.00 |
| 6/27/2025 | JSEART | J & S Earthworks, LLC. | Check | 14888 | 12,000.00 |
| 6/30/2025 | | SunP0625 | None | 0 | 250.00 |
| 6/30/2025 | TD - 3405 | 6213.0625 | Electronic | 0 | 939.95 |
| 6/30/2025 | FORD3004 | 8774.0625 | Electronic | 0 | 1,322.85 |
| 6/30/2025 | PRINCEEQU | PEQ063025 | Electronic | 0 | 26,413.40 |
| 6/30/2025 | EAGSOD | Eagle Sod | Check | 14866 | 21,272.32 |
| 6/30/2025 | SUNBEL | Sunbelt Rentals | Check | 14867 | 3,916.73 |
| 6/30/2025 | CONTRA | Construction Trade Partner LLC | Check | 14868 | 43,034.40 |
| 6/30/2025 | JJUNDE | J & J Underground Services LLC | Check | 14869 | 29,581.20 |
| 6/30/2025 | COREMAIN | Core & Main | Check | 14871 | 111,494.03 |
| 7/01/2025 | FLPWRL | FPL3284.07 | Electronic | 0 | 121.27 |
| 7/01/2025 | FLPWRL | FPL1086.07 | Electronic | 0 | 351.38 |
| 7/01/2025 | ALLY6669 | 5054.0625 | Electronic | 0 | 1,356.20 |
| 7/01/2025 | PRIN&PRIN | Arant.725 | Electronic | 0 | 3,125.00 |
| 7/01/2025 | PRIN&PRIN | Labry.0725 | Electronic | 0 | 10,800.00 |
| 7/01/2025 | WEXFLE | WEX.0725 | Electronic | 0 | 12,983.94 |
| 7/01/2025 | | Transfer PR PE 6/29 | None | 0 | 55,000.00 |
| 7/01/2025 | U.S. Concr | U.S. Concrete Products Corp. | Check | 14879 | 30,613.86 |
| 7/01/2025 | PRIMAS | Prime Masters, Inc. | Check | 14880 | 4,443.60 |
| 7/01/2025 | PATENT | Pathway Enterprises, Inc. | Check | 14881 | 16,761.60 |
| 7/01/2025 | PALMDALE | Palmdale Oil Company | Check | 14882 | 32,075.96 |
| 7/01/2025 | RWFLEGACY | RWF Legacy Ranch Inc. | Check | 14893 | 2,000.00 |
| 7/02/2025 | RVGCOM | RVG.0725 | Electronic | 0 | 820.84 |
| 7/03/2025 | LAMCON | Lamberson Consulting, Inc. | Check | 14894 | 2,000.00 |
| 7/03/2025 | JESRUI | Jesus Ruiz | Check | 14895 | 173.94 |
| 7/03/2025 | JOSGAR | Jose Garcia | Check | 14896 | 110.50 |
| 7/03/2025 | SCOLAM | Scott Lamberson | Check | 14897 | 74.90 |
| 7/03/2025 | MARRUI | Martin Ruiz Morales | Check | 14898 | 44.67 |
| 7/03/2025 | RUSTHI | Russell Thibodeau | Check | 14899 | 21.35 |
| 7/03/2025 | FLOSEP | Florida Septic, Inc. | Check | 14901 | 6,353.16 |
| 7/07/2025 | STELLAFIN | SFINA.0725 | Electronic | 0 | 967.83 |
| 7/07/2025 | FLAGLE | Alta Construction Equipment FL | Check | 14909 | 2,504.35 |
| 7/08/2025 | | Chase CC Payment | None | 0 | 3,000.00 |

| 7/08/2025 | PREHOS | PH 7.25 | Electronic | 0 | 4,282.80 |
|---|---|---|---|---|---|
| 7/08/2025 | HOLLAN | Holland Pump Company | Check | 14908 | 23,152.02 |
| 7/08/2025 | PREHOS | Precision Hose and Hydraulics | Check | 14910 | 5,638.37 |
| 7/09/2025 | RVCONS | RV 7.25 | Electronic | 0 | 3,979.90 |
| 7/09/2025 | CONSTRAFOR | Consf.0725 | Electronic | 0 | 9,968.53 |
| 7/09/2025 | | Chase CC Payment | None | 0 | 30,000.00 |
| 7/09/2025 | | Transfer PR PE 7/6 | None | 0 | 50,000.00 |
| 7/09/2025 | LAMCON | Lamberson Consulting, Inc. | Check | 14903 | 2,000.00 |
| 7/09/2025 | MARRUI | Martin Ruiz Morales | Check | 14904 | 39.68 |
| 7/09/2025 | SAMRUI | Samuel Ruiz Morales | Check | 14905 | 151.92 |
| 7/09/2025 | SCOLAM | Scott Lamberson | Check | 14906 | 103.60 |
| 7/09/2025 | U.S. Concr | U.S. Concrete Products Corp. | Check | 14907 | 22,506.10 |
| 7/10/2025 | ALLY0529 | 5043.0725 | Electronic | 0 | 529.21 |
| 7/10/2025 | | TCC | None | 0 | 856.23 |
| 7/11/2025 | | Transfer to x2503 | None | 0 | 374.42 |
| 7/11/2025 | | Chase CC Payment | None | 0 | 5,000.00 |
| 7/14/2025 | PRINCEEQU | PEQ071425 | Electronic | 0 | 38,810.92 |
| 7/15/2025 | | UHC - July | None | 0 | 11,211.32 |

**Bruce Prince Automobile Payments**

| Accounting Date | Transaction Desc | Debit |
|---|---|---|
| 6/21/2023 | Autodraft 6.23 | 1,111.41 |
| 7/21/2023 | Autodraft 7.23 | 1,111.41 |
| 8/22/2023 | Autodraft 8.23 | 1,111.41 |
| 9/21/2023 | Autodraft 9/23 | 1,111.41 |
| 10/23/2023 | Autodraft 10/23 | 1,111.41 |
| 11/21/2023 | Autodraft 11/23 | 1,111.41 |
| 12/21/2023 | Autodraft 11/23 | 1,111.41 |
| 1/23/2024 | Autodraft 1/24 | 1,111.41 |
| 2/21/2024 | Autodraft 2/24 | 1,111.41 |
| 3/21/2024 | Autodraft 3/24 | 1,111.41 |
| 4/23/2024 | Autodraft 4/24 | 1,111.41 |
| 5/21/2024 | Autodraft 5/24 | 1,111.41 |
| 6/21/2024 | Autodraft 6/24 | 1,111.41 |
| 7/23/2024 | Autodraft 7/24 | 1,111.41 |
| 8/21/2024 | Autoddraft 8/24 | 1,111.41 |
| 9/23/2024 | Autodraft 9/24 | 1,111.41 |
| 10/22/2024 | Autodraft 10/24 | 1,111.41 |
| 11/21/2024 | Autodraft 11/24 | 1,111.41 |
| 12/31/2024 | Autodraft 12/24 | 1,111.41 |
| 1/22/2025 | Autodraft 1/25 | 1,111.41 |
| 2/21/2025 | Autodraft 2/25 | 1,111.41 |
| 3/21/2025 | Autodraft 3/25 | 1,111.41 |
| 4/22/2025 | Autodraft 4/25 | 1,111.41 |
| 5/21/2025 | Autodraft 5/25 | 1,111.41 |
| 6/23/2025 | Autodraft 6/25 | 1,111.41 |

| Bruce Prince - Infusions and Repayments | | |
| --- | --- | --- |
| | | |
| Date | Infusion | Repayment |
| 7/15/2024 | $ 50,000.00 | |
| 8/21/2024 | $ 30,000.00 | |
| 10/17/2024 | $ 20,000.00 | |
| 10/22/2024 | $ 50,000.00 | |
| 10/1/2024 | $ 50,000.00 | |
| 11/15/2024 | $ 100,000.00 | |
| | | |
| 1/3/2025 | $ 30,000.00 | |
| 1/23/2025 | $ 25,000.00 | |
| | | |
| 3/7/2025 | $ 15,000.00 | |
| 5/6/2025 | | $ (25,000.00) |
| 5/12/2025 | | $ (30,000.00) |

| Daniel Chrost - Infusions and Repayments | | |
| --- | --- | --- |
| Date | Infusion | Repayment |
| 7/3/2024 | $        10,000.00 | |
| 7/9/2024 | | $        (10,000.00) |
| 7/17/2024 | $          5,252.00 | |
| 7/23/2024 | | $          (5,252.00) |
| 8/2/2024 | $          4,272.10 | |
| 8/5/2024 | $        24,387.71 | |
| 8/7/2024 | | $        (30,332.91) |
| 8/8/2024 | $        10,650.00 | |
| 8/17/2024 | $          5,252.00 | |
| 8/21/2024 | $        20,000.00 | |
| 8/21/2024 | $          3,746.65 | |
| 9/1/2024 | | $        (39,648.65) |
| 9/5/2024 | $        18,000.00 | |
| 9/9/2024 | $        20,000.00 | |
| 9/9/2024 | $          5,466.60 | |
| 9/10/2024 | $        30,000.00 | |
| 9/10/2024 | $          1,231.23 | |
| 9/13/2024 | | $          (6,697.83) |
| 9/16/2024 | $          2,104.44 | |
| 9/18/2024 | | $        (68,000.00) |
| 9/23/2024 | | $          (3,693.69) |
| 10/1/2024 | $             796.00 | |
| 10/2/2024 | | $             (796.00) |
| 10/8/2024 | $        75,000.00 | |
| 10/9/2024 | $        12,806.61 | |
| 10/17/2024 | $          5,460.00 | |
| 10/18/2024 | $        30,000.00 | |
| 10/23/2024 | | $        (50,000.00) |
| 10/23/2024 | $        21,300.00 | |
| 10/24/2024 | | $        (12,806.61) |
| 10/28/2024 | | $          (5,460.00) |
| 10/28/2024 | $          1,669.54 | |
| 10/30/2024 | $        18,405.00 | |
| 10/30/2024 | $        22,590.50 | |
| 11/8/2024 | $          9,200.00 | |
| 11/12/2024 | $        11,000.00 | |
| 11/13/2024 | $        10,400.00 | |
| 11/14/2024 | $          4,000.00 | |
| 11/15/2024 | | $        (17,393.54) |
| 11/22/2024 | | $        (21,300.00) |
| 11/25/2024 | | $        (40,995.50) |

| Date | Amount | Amount |
|---|---|---|
| 11/26/2024 | $ 10,000.00 | |
| 11/27/2024 | $ 34,147.00 | |
| 11/27/2024 | $ 5,000.00 | |
| 12/2/2024 | | $ (19,600.00) |
| 12/3/2024 | $ 8,669.00 | |
| 1/2/2025 | $ 14,603.40 | |
| 1/7/2025 | $ 280.84 | |
| 1/8/2025 | | $ (60,896.60) |
| 1/9/2025 | $ 66.50 | |
| 1/10/2025 | $ 393.04 | |
| 1/22/2025 | | $ (64,062.94) |
| 2/6/2025 | $ 157.33 | |
| 2/21/2025 | $ 30,000.00 | |
| 2/21/2025 | $ 17,031.60 | |
| 2/25/2025 | | $ (30,000.00) |
| 2/27/2025 | $ 15,000.00 | |
| 3/4/2025 | $ 7,000.00 | |
| 3/4/2025 | $ 6,500.00 | |
| 3/4/2025 | $ 353.49 | |
| 3/4/2025 | $ 25,000.00 | |
| 3/6/2025 | $ 25,000.00 | |
| 3/6/2025 | $ 3,984.94 | |
| 3/7/2025 | | $ (15,000.00) |
| 3/7/2025 | $ 25,000.00 | |
| 3/17/2025 | | $ (7,000.00) |
| 3/24/2025 | $ 138.75 | |
| 3/25/2025 | $ 3,500.00 | |
| 3/26/2025 | $ 4,000.00 | |
| 3/27/2025 | | $ (7,550.00) |
| 3/28/2025 | $ 1,429.53 | |
| 3/31/2025 | | $ (6,900.68) |
| 4/3/2025 | $ 4,000.00 | |
| 4/4/2025 | | $ (40,000.00) |
| 4/4/2025 | $ 25,000.00 | |
| 4/4/2025 | $ 25,000.00 | |
| 4/4/2025 | $ 25,000.00 | |
| 4/10/2025 | $ 25,000.00 | |
| 4/25/2025 | $ 5,600.00 | |
| 4/25/2025 | $ 10,000.00 | |
| 4/29/2025 | $ 580.00 | |
| 5/1/2025 | $ 20,000.00 | |
| 5/2/2025 | | $ (75,000.00) |
| 5/5/2025 | | $ (25,000.00) |
| 5/6/2025 | | $ (27,026.07) |

| | | | |
|---|---|---|---|
| 5/7/2025 | | $ | (56,270.00) |
| 5/29/2025 | $ | 813.20 | |
| 5/29/2025 | $ | 134.20 | |
| 7/8/2028 | | $ | (15,525.00) |

# United States Bankruptcy Court
### Southern District of Florida

In re    **Prince Land Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bruce Prince**<br>**2654 SE Willoughby Blvd**<br>**Stuart, FL 34994** | | **100%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August  1, 2025**

Signature    **/s/ Bruce Prince**

**Bruce Prince**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **Prince Land Inc.**                                      Case No. _____

_____    Chapter    **11**
                        Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **August  1, 2025**                  **/s/ Bruce Prince**
_____    _____
                                **Bruce Prince**/**President**
                                Signer/Title

Ally
PO Box 380902
Minneapolis, MN 55438


Ally
P.O. Box 380902
Minneapolis, MN 55438


America Walks at Port St. Lucie
2211 Medina Road, Suite 100
Medina, OH 44256


Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


Bruce Prince
2654 SE Willoughby Blvd
Stuart, FL 34994


Crum & Forster
305 Madison Avenue
Morristown, NJ 07960


Crum & Forster
R.A. Insurance Commissioner
200 East Gaines Street
Tallahassee, FL 32399


Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399


Ford Credit
Po Box 650575
Dallas, TX 75265-0575


Ford Motor Credit
PO BOX 30201
College Station, TX 77842

Hahn Loeser & Parks LLP
299 Public Square
Suite 2800
Cleveland, OH 44144


Ian Prince
2135 W. Lake Hamilton Dr
Winter Haven, FL 33881


Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
United States Dept Justice
Tenth & Constitution
Washington, DC 20530


Internal Revenue Service
Acting US Attorney
99 NE 4th Street
Miami, FL 33132


Internal Revenue Service
c/o IRS District Counsel
Claude Pepper Federal Bldg
51 S.W. 1st Ave., 11th Floor
Miami, FL 33130


LEAF CAPITAL FUNDING, LLC
P.O. Box 5066
Hartford, CT 06102


PLF Registered Agent, LLC
1833 Hendry Street
Fort Myers, FL 33901


Prince Enterprises of FL, LLC
2654 SE Willoughby Blvd
Stuart, FL 34994


Prince Equipment LLC
2654 SE Willoughby Blvd
Stuart, FL 34994

```
Small business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Small business Administration
409 3rd St., SW
Washington, DC 20416


STELLANTIS FINANCIAL SERVICES, INC.
PO BOX 717
Wilmington, OH 45177


TD Auto Finance
PO BOX 675
Wilmington, OH 45177


TD Bank
1701 Route 70 East
Cherry Hill, NJ 08034


Touron Law Group
55 Merrick Way
Miami, FL 33134


U.S. Attorney
99 NE 4th Street
Miami, FL 33132
```