**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE: CASE NO.: 25-18992-EPK
Chapter 11

PRINCE LAND, INC.
Debtor.
_______________________________/

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

PRINCE LAND, INC. moves under 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, and Local Rule 3022-1(a), for entry of a final decree closing this case because:

1. The Fifth Amended Plan of Reorganization for Prince Land, Inc.[1] was confirmed on June 2, 2026.[2] The confirmation order is now final.

2. The debtor is not an individual and the plan was not confirmed under 11 U.S.C. § 1191.

3. The effective date of the plan is July 2, 2026.

4. Deposits required by the plan have been distributed, any property proposed by the plan to be transferred has been transferred, the debtor or the successor to the debtor under the plan has assumed the business or the management of the property dealt with by the plan, and payments under the plan have commenced.

5. All motions, contested matters, and adversary proceedings have been finally resolved.

6. All fees required by 28 U.S.C. § 1930 have been paid.

WHEREFORE, Prince Land, Inc. respectfully requests that the Court enter a final decree and close this case.

Dated: July 2, 2026

KELLEY KAPLAN DELANEY & ELLER, PLLC
1555 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, Florida 33401
Telephone No. (561) 491-1200

[1] Dkt. No. 214.
[2] Dkt. No. 228

Facsimile No. (561) 684-3773
bankruptcy@kelleylawoffice.com

By: */s/ Dana Kaplan*, Esq.
DANA KAPLAN, ESQ.
FL Bar No. 44315

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email/USPS/ or CM/ECF to all parties below and those registered to receive same on 2nd day of July 2026.

KELLEY KAPLAN DELANEY ELLER, PLLC
1555 Palm Beach Lakes Blvd, Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
bankruptcy@kelleylawoffice.com

By:/s/ *Dana Kaplan*
Dana Kaplan
Florida Bar No.: 44315

[1] Dkt. No. 214.
[2] Dkt. No. 228